UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRENT LALUMIA, ET AL | § | CIVIL ACTION NO. 23-535-BAJ-SDJ |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE HANOVER AMERICAN INSURANCE | § | MAGISTRATE JUDGE: |
| COMPANY, | § | SCOTT D. JOHNSON |
| Defendant. | § | |

## <u>JOINT NOTICE OF SETTLEMENT</u>

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Brent Lalumia, et al and Defendant, The Hanover American Insurance Company, hereby file this Joint Notice of Settlement pursuant to Local Rule 16.4 to advise the Court that the parties have arrived at a mutually agreeable resolution of all claims contained within the pleadings.

The Parties respectfully request the Court enter a forty-five (45) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: April 10, 2024.

Respectfully submitted,

*/s/Virginia P. Stewart*
Mark C. Dodart (Bar #17549)
Virginia P. Stewart (Bar #40062)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: mark.dodart@phelps.com
Email: virginia.stewart@phelps.com

***Attorney for Defendant***


*/s/ Joseph Muckleroy*
Joe Muckleroy, Louisiana Bar No. 30935
Clint Brasher, Louisiana Bar No. 29540
Nishi Kothari, Louisiana Bar No. 39655
**The Brasher Law Firm, PLLC**
1122 Orleans Street
Beaumont, Texas 77701
P: (409) 832-3737
F: (409) 832-3838
***Counsel for Plaintiff***