**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRETT & KIM LALUMIA** | **CIVIL ACTION NO. 3:23-cv-00535-BAJ-SDJ** |
| **v.** | **JUDGE BRIAN A. JACKSON** |
| **THE HANOVER AMERICAN INSURANCE COMPANY** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Brett and Kim Lalumia (collectively, "Plaintiffs") and Defendant, The Hanover American Insurance Company ("Hanover"), and upon suggesting to this Honorable Court that all claims asserted in this litigation have been settled and compromised, jointly move this Honorable Court for a final order dismissing all claims and demands of Plaintiffs against Hanover, with prejudice, with each party to bear its own costs and attorneys' fees.

**[SIGNATURE PAGE FOLLOWS]**

PD.44966902.1

Respectfully submitted,

**BRASHER LAW FIRM, PLLC**

/s/ *Joe Muckleroy*
Joe Muckleroy
Louisiana Bar No. 30935
joe@brasherattorney.com
Nishi Kothari
Louisiana Bar No. 39655
nishi@brasherattorney.com
1122 Orleans
Beaumont, Texas 77701
(409) 832-3737 Telephone
(409) 832-3838 Fax

**ATTORNEYS FOR PLAINTIFFS,
BRETT AND KIM LALUMIA**

and

**PHELPS DUNBAR LLP**

*/s/ Virginia P. Stewart*
Mark C. Dodart (Bar #17549)
Virginia P. Stewart (Bar #40062)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: mark.dodart@phelps.com
         virginia.stewart@phelps.com

**ATTORNEYS FOR DEFENDANT,
THE HANOVER AMERICAN
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record.

*/s/ Virginia P. Stewart*